SD Ia-201 (12/02)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

In re: )
) Case No. 15-01712-als7
**ESTHER N BEYER** ) NOTICE OF INTENT TO SELL
) PROPERTY AND BAR DATE NOTICE
) February 18, 2016
Debtor )

The undersigned Trustee of the estate of the debtor named above, subject to objection under Federal Rules of Bankruptcy Procedure, Rules 6004(b) and 9014, will sell the following property of the estate:

2014 Chevrolet Silverado 1500 High Country valued at $40,000.00, less secured debt of $30,046.00, for net equity of $9,954.00, of which the debtor's one-half interest is $4,977.00

to the following purchaser:      Esther N. Beyer

for the following consideration:      $2,500.00 cash, said amount due and payable within thirty (30) days of entry of the Bankruptcy Court Order approving this sale.

NOTICE IS HEREBY GIVEN, any objections thereto must be served on the undersigned Trustee at the address listed below; the United States Trustee at 210 Walnut Street, Room 793, Des Moines, Iowa 50309-2108; the debtor; and counsel for debtor. Any objection must be filed with the Clerk of Bankruptcy Court at 110 East Court Avenue, Suite 300, Des Moines, Iowa 50309, within 21 days of the date of this notice and report.

                                                    */s/     Donald F. Neiman*
                                                    DONALD F. NEIMAN, Trustee
                                                    IS #9999933
                                                    801 Grand Avenue, Suite 3700
                                                    Des Moines, IA 50309-8004